UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Circuit Mediation Office
Phone (415) 355-7900 Fax (415) 355-8566
http://www.ca9.uscourts.gov/mediation

# MEDIATION QUESTIONNAIRE

The purpose of this questionnaire is to help the court's mediators provide the best possible mediation service in this case; it serves no other function. Responses to this questionnaire are *not* confidential. Appellants/Petitioners must electronically file this document within 7 days of the docketing of the case. 9th Cir. R. 3-4 and 15-2. Appellees/Respondents may file the questionnaire, but are not required to do so.

| | |
|---|---|
| 9th Circuit Case Number(s): | 16-55727 |
| District Court/Agency Case Number(s): | 2:14-CV-09448-R-FFM |
| District Court/Agency Location: | United States District Court, Central District of California |
| Case Name: | Americans for Prosperity Foundation v. Harris |
| If District Court, docket entry number(s) of order(s) appealed from: | ECF No. 184 |
| Name of party/parties submitting this form: | Defendant-Appellant Attorney General Kamala D. Harris |

**Please briefly describe the dispute that gave rise to this lawsuit.**

Plaintiff filed an action seeking declaratory and injunctive relief and challenging the constitutionality of the requirement, pursuant to California Government Code sections 12580 et seq., that it annually submit to the Attorney General an complete copy of its IRS Form 990, Schedule B, which lists identifying information for its major donors. On April 21, 2016, following a bench trial, the district court permanently enjoined the Attorney General from enforcing the state law requirement to file Schedule B as to plaintiff.

**Briefly describe the result below and the main issues on appeal.**

Defendant-Appellant filed this appeal seeking reversal of the district court's judgment and grant of a permanent injunction as to plaintiff. The main issues on appeal include whether the district court erred in finding that plaintiff's First Amendment rights would be violated by having to comply with the state law requirement to file a complete copy of its IRS Form 990, Schedule B.

**Describe any proceedings remaining below or any related proceedings in other tribunals.**

In Ninth Circuit Case No., 15-55446, this Court reversed the district court's grant of a preliminary injunction that prohibited the Attorney General from enforcing the state law requirement to file Schedule B as to plaintiff.

> Provide any other thoughts you would like to bring to the attention of the mediator.
>
> Given that this appeal involves the constitutionality of state law, it does not appear to be suitable for mediation.

Any party may provide additional information *in confidence* directly to the Circuit Mediation Office at ca09_mediation@ca9.uscourts.gov. Please provide the case name and Ninth Circuit case number in your message. Additional information might include interest in including this case in the mediation program, the case's settlement history, issues beyond the litigation that the parties might address in a settlement context, or future events that might affect the parties' willingness or ability to mediate the case.

## CERTIFICATION OF COUNSEL

I certify that:

☒ a current service list with telephone and fax numbers and email addresses is attached (see 9th Circuit Rule 3-2).

☒ I understand that failure to provide the Court with a completed form and service list may result in sanctions, including dismissal of the appeal.

Signature | /s/ Alexandra Robert Gordon

("s/" plus attorney name may be used in lieu of a manual signature on electronically-filed documents.)

Counsel for | Defendant-Appellant Attorney General Kamala D. Harris

**Note:** Use of the CM/ECF system is mandatory for all attorneys filing in this Court, unless they are granted an exemption from using the system. **To file this form electronically** in CM/ECF, complete the form, and then print the filled-in form to PDF (File > Print > PDF Printer/Creator). Then log into CM/ECF and choose Forms/Notices/Disclosure > File a Mediation Questionnaire.

# CERTIFICATE OF SERVICE

Case Name:  **Americans for Prosperity**     No.    **16-55727**
            **Foundation v. Kamala Harris**

I hereby certify that on <u>May 19, 2016</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**MEDIATION QUESTIONNAIRE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>May 19, 2016</u>, at San Francisco, California.

 

| N. Newlin | s/ N. Newlin |
|---|---|
| Declarant | Signature |