## <u>Service List</u>

Plaintiff and Appellee:  Americans for Prosperity Foundation

Harold A. Barza, Esq.
Quinn Emanuel Urquhart and Sullivan LLP
865 South Figueroa Street 10th Floor
Los Angeles, CA 90017-2543
213-443-3000
Fax: 213-443-3100
Email: halbarza@quinnemanuel.com

Carolyn Homer Thomas, Esq.
Quinn Emanuel Urquhart and Sullivan LLP
555 Twin Dolphin Drive
Floor 5
Redwood City, CA 94065
650-801-5000
Fax: 650-801-5100
Email: carolynthomas@quinnemanuel.com

William Burck, Esq.
Derek Shaffer, Esq.
Eric C. Lyttle, Esq.
Keith H. Forst, Esq.
Jonathan Cooper, Esq.
Quinn Emanuel Urquhart and Sullivan LLP
777 Sixth Street NW 11th Floor
Washington, DC 20001
203-538-8000
Fax: 202-538-8123
Email: derekshaffer@quinnemanuel.com
jonathancooper@quinnemanuel.com
williamburck@quinnemanuel.com
ericlyttle@quinnemanuel.com
keithforst@quinnemanuel.com

Defendant and Appellant:  Kamala D. Harris, Attorney General of California

Tamar Pachter, Supervising Deputy Attorney General
Jose A. Zelidon-Zepeda, Deputy Attorney General
Kevin A. Calia, Deputy Attorney General
Emmanuelle S. Soichet, Deputy Attorney General
Alexandra Robert Gordon, Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
415-703-5509
Fax: 415-703-1234
tamar.pachter@doj.ca.gov
jose.zelidonzepeda@doj.ca.gov
Kevin.Calia@doj.ca.gov
emmanuelle.soichet@doj.ca.gov
alexandra.robertgordon@doj.ca.gov