UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 06 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AMERICANS FOR PROSPERITY FOUNDATION,

        Plaintiff - Appellee,

 v.

KAMALA D. HARRIS, Attorney General, in her Official Capacity as Attorney General of California,

        Defendant - Appellant.

No. 16-55727

D.C. No. 2:14-cv-09448-R-FFM
U.S. District Court for Central California, Los Angeles

**ORDER**

This case is NOT SELECTED for inclusion in the Mediation Program.

Counsel may contact Ann Julius, Circuit Mediator, at 415-355-7906 or ann_julius@ca9.uscourts.gov to discuss services available through the court's mediation program, to request a settlement assessment conference, or to request a stay of the appeal for settlement purposes. Also, upon agreement of the parties, the briefing schedule can be modified or vacated to facilitate settlement discussions.

Counsel are requested to send copies of this order to their clients. Information regarding the mediation program may be found at **www.ca9.uscourts.gov/mediation.**

vs/mediation

FOR THE COURT:

Virna Sanchez
Deputy Clerk